NUMBER 13-96-00481-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

ISAAC PASOL LEVITAS, Appellant,


v.



CAMERON COUNTY, TEXAS, Appellee. 

_____________________________________________________________


On Appeal from the 138th District Court 


of Cameron County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Garza and Vela


Memorandum Opinion Per Curiam


 This appeal was abated by this Court on June 12, 1997, due to the bankruptcy of
one of the parties to this appeal. See 11 U.S.C. § 362; see generally Tex. R. App. P. 8. 
Since the abatement there has been no activity in this appeal. On April 16, 2009, the Court
ordered the parties to file an advisory regarding the status of the appeal and, if applicable,
a motion to reinstate the appeal or a motion to dismiss the appeal. 

 Appellee responded to the order by advising of the suggestion of death of appellant
and indicating the case should be reinstated and dismissed for want of prosecution. 
Accordingly, we reinstate and DISMISS THE APPEAL FOR WANT OF PROSECUTION. 
See Tex. R. App. P. 42.3(b).



 PER CURIAM


Memorandum Opinion delivered 

and filed this the 21st day of May, 2009.